DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  william.habdas@akerman.com

*Attorneys for Defendant*
*PNS Stores, Inc. dba Big Lots #4516*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC THOMAS, an individual;<br><br>                                  Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC., a Foreign Corporation; and DOES I through X, inclusive;<br><br>                                  Defendants. | Case No.:  2:15-cv-01247-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The parties respectfully submit the following stipulation to allow Defendant PNS Stores, Inc. dba Big Lots #4516 until July 22 to file its response to plaintiff's complaint. The deadline to answer is currently July 8, 2015. PNS requires additional time in order to properly respond to the complaint.

DATED this 8th day of July, 2015.

| **ATKINSON WATKINS & HOFFMAN, LLP**<br> /s/ *Tristan F. Rivera*<br>TRISTAN F. RIVERA, ESQ.<br>Nevada Bar No. 12481<br>10789 W. Twain Ave, Suite 100<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiff* | **AKERMAN LLP**<br>/s/ *William S. Habdas*_____<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>tel: (702) 634-5000<br>fax: (702) 380-8572<br>darren.brenner@akerman.com<br>william.habdas@akerman.com<br>*Attorneys for Defendant*<br>*PNS Stores, Inc. dba Big Lots #4516* |

{34359140;1}

## ORDER

**IT IS SO ORDERED:**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:   July 9, 2015