DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Defendant*
*PNS Stores, Inc. dba Big Lots #4516*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC THOMAS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC., a Foreign Corporation; and DOES I through X, inclusive;<br><br>Defendants. | Case No.: 2:15-cv-01247-RFB-GWF<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF TO FILE AN AMENDED COMPLAINT NAMING THE CORRECT DEFENDANT PNS STORES INC.**<br><br>**(First Request)** |

The parties respectfully submit the following stipulation to allow plaintiff Eric Thomas to file an amended complaint naming the correct defendant. The parties agree that the PNS Stores, Inc., a California corporation dba Big Lots #4516 ("**PNS Stores**"), is the proper defendant.

The parties further stipulate that PNS Stores shall be given seven (7) days from the filing of the amended complaint with which to file its response.

. . .

. . .

. . .

. . .

. . .

. . .

{34887795;1}

1

The parties therefore respectfully request that this court enter an order granting the filing of an amended complaint by plaintiff in order to correct the named defendant.

DATED this 21st day of July, 2015.

| ATKINSON WATKINS & HOFFMAN, LLP | AKERMAN LLP |
|---|---|
| /s/ _____ <br> TRISTAN F. RIVERA, ESQ. <br> Nevada Bar No. 12481 <br> 10789 W. Twain Ave, Suite 100 <br> Las Vegas, NV 89135 <br> *Attorney for Plaintiff* | _____ <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> WILLIAM S. HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Defendant* <br> *PNS Stores, Inc. dba Big Lots #4516* |

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 3rd day of August, 2015.

{34887795;1}

2